JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:21-cv-01838-JWH (SHKx) | Date | April 15, 2022 |
|---|---|---|---|
| Title | Alex Hernandez, et al. v. Chep Services, LLC, et al. | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER (IN CHAMBERS)**

Before the Court is the unopposed motion of Plaintiff Alex Hernandez to remand this action to San Bernardino County Superior Court.[1]  The Court finds this matter appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the papers filed in support,[2] and in the absence of any opposition, the Court orders that the Motion is **GRANTED**, as set forth herein.

Hernandez commenced this action in August 2021.[3]  Defendant Chep Services, LLC removed it to this Court three months later.[4]  Hernandez filed the instant Motion in December 2021.  The next month, the parties stipulated to an extended briefing schedule on the Motion, requesting a deadline for opposing papers of April 7, 2022.[5]  That same week, the Court issued an Order granting the

---

[1]    Pl.'s Mot. to Remand (the "Motion") [ECF No. 9].

[2]    The Court considered the following papers:  (1) the Motion (and its attachments); and (2) Pl.'s Notice of Non-Opposition [ECF No. 19].

[3]    *See* Notice of Removal, Ex. A (the "Complaint") [ECF No. 1-1].

[4]    *See* Notice of Removal [ECF No. 1].

[5]    *See* Joint Stipulation [ECF No. 11].

parties' stipulation.[6]  Despite that extension, neither Chep Services nor any other defendant filed an opposition to the Motion.

Under this Court's Local Rules, the failure to file opposing papers in a timely manner "may be deemed consent to the granting" of a motion.  L.R. 7-12.  In addition, "[f]ederal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance."  *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).  Here, the Motion provides reason to doubt that removal was proper in the first instance.  Thus, in the absence of opposing papers, there is "doubt as to the right of removal".  *Id.*  Accordingly, the Motion is **GRANTED**.

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. This case is **REMANDED** to San Bernardino County Superior Court.

**IT IS SO ORDERED.**

---

[6] *See* Order [ECF No. 12].